# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 2/4/2026 |
| Case: 26−10234−pb | Form ID: 309A | Total: 98 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Liset Monique Grant        443 St. Anns Ave Apt 7E        Bronx, NY 10455
ust       United States Trustee        Office of the United States Trustee − NY        Alexander Hamilton Custom House        One Bowling Green, Room 534        New York, NY 10004−1408
tr        Deborah Piazza        Tarter Krinsky & Drogin LLP        1350 Broadway        11th Floor        New York, NY 10018
aty       Bryant A. Roman        Bryant A. Roman & Associates, PLLC        305 Broadway        Suite 1420        New York, NY 10007
smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg       United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201−0551
8666448   American Honda Finance        PO Box 168128        Irving, TX 75016−8128
8666450   Amex        Correspondence/Bankruptcy        PO Box 981535        El Paso, TX 79998−1535
8666449   Amex        PO Box 981537        El Paso, TX 79998−1537
8666451   Amex/Cbna        PO Box 6789        Sioux Falls, SD 57117−6789
8666453   Barclays        Attn: Bankruptcy        PO Box 8801        Wilmington, DE 19899−8801
8666452   Barclays        PO Box 8803        Wilmington, DE 19899−8803
8666455   Barclays Bank        Attn: Bankruptcy        PO Box 8801        Wilmington, DE 19899−8801
8666454   Barclays Bank        PO Box 8803        Wilmington, DE 19899−8803
8666456   BriteCap        222 N Pacific Coast Hwy, #11−158        El Segundo, CA 90245
8666458   Capital One        AttN: Bankruptcy        PO Box 30285        Salt Lake City, UT 84130−0285
8666457   Capital One        PO Box 31293        Salt Lake City, UT 84131−0293
8666459   Capital One        PO Box 71746        Philadelphia, PA 19176
8666461   Chase Card Services        Attn: Bankruptcy        PO Box 15299        Wilmington, DE 19850−5299
8666460   Chase Card Services        PO Box 15369        Wilmington, DE 19850−5369
8666463   Citi Card/Best Buy        Attn: Citicorp Cr Srvs Centralized Bankr        PO Box 790040        Saint Louis, MO 63179−0040
8666462   Citi Card/Best Buy        PO Box 6497        Sioux Falls, SD 57117−6497
8666465   Comenity Bank/Ashley Stewart        Attn: Bankruptcy Department        PO Box 182125        Columbus, OH 43218−2125
8666464   Comenity Bank/Ashley Stewart        PO Box 182789        Columbus, OH 43218−2789
8666467   Comenity Bank/Avenue        Attn: Bankruptcy        PO Box 182273        Columbus, OH 43218−2273
8666466   Comenity Bank/Avenue        PO Box 182789        Columbus, OH 43218−2789
8666469   Comenity Bank/Buckle        Attn: Bankruptcy        PO Box 182273        Columbus, OH 43218−2273
8666468   Comenity Bank/Buckle        PO Box 182789        Columbus, OH 43218−2789
8666471   Comenity Bank/Lane Bryant Cc        Comenity Bank, Bankruptcy Department        PO Box 182125        Columbus, OH 43218−2125
8666470   Comenity Bank/Lane Bryant Cc        PO Box 182789        Columbus, OH 43218−2789
8666473   Comenity Capital Bank/FFE21 Cc        Comenity Capital Bank, Bankruptcy Depart        PO Box 182125        Columbus, OH 43218−2125
8666472   Comenity Capital Bank/FFE21 Cc        PO Box 182120        Columbus, OH 43218−2120
8666475   Comenity Capital/Dell        Attn: Bankruptcy        PO Box 182273        Columbus, OH 43218−2273
8666474   Comenity Capital/Dell        PO Box 182120        Columbus, OH 43218−2120
8666477   Comenity/Burlington CC        Comenity Bank, Bankruptcy Department        PO Box 182125        Columbus, OH 43218−2125
8666476   Comenity/Burlington CC        PO Box 182120        Columbus, OH 43218−2120
8666479   Comenity/Century 21        Attn: Bankruptcy        PO Box 182125        Columbus, OH 43218−2125
8666478   Comenity/Century 21        PO Box 182120        Columbus, OH 43218−2120
8666481   Comenity/Ikea        Attn: Bankruptcy        PO Box 182273        Columbus, OH 43218−2273
8666480   Comenity/Ikea        PO Box 182120        Columbus, OH 43218−2120
8666483   Comenity/MPRC        Attn: Bankrutpcy        PO Box 182125        Columbus, OH 43218−2125
8666482   Comenity/MPRC        PO Box 182120        Columbus, OH 43218−2120
8666487   ComenityCapital/Modell        Attn: Bankruptcy        PO Box 182125        Columbus, OH 43218−2125
8666486   ComenityCapital/Modell        PO Box 182120        Columbus, OH 43218−2120
8666485   Comenitybank/New York        Attn: Bankruptcy        PO Box 182125        Columbus, OH 43218−2125
8666484   Comenitybank/New York        PO Box 182789        Columbus, OH 43218−2789
8666489   Concora Credit        Genesis FS Card Services        PO Box 4477        Beaverton, OR 97076−4401
8666488   Concora Credit        PO Box 4499        Beaverton, OR 97076−4499
8666490   Corporate Client Services LLC        7800 Congress Ave, Suite 202        Boca Raton, FL 33487
8666491   Dept of Education/Neln        PO Box 82561        Lincoln, NE 68501−2561
8666492   Ershowsky Verstandig PLLC        Joseph S Jacobs Esq        290 Central Ave, Suite 109        Lawrence, NY 11559
8666494   Fnb Omaha        Attn: Bankruptcy        PO Box 3128        Omaha, NE 68103−0128
8666493   Fnb Omaha        PO Box 3412        Omaha, NE 68103−0412
8666495   Forward Financing LLC        53 State St, Fl 20        Boston, MA 02109
8666497   Goldman Sachs Bank USA        Attn: Bankruptcy        PO Box 70379        Philadelphia, PA 19176−0379
8666496   Goldman Sachs Bank USA        PO Box 6112        Philadelphia, PA 19115−6112
8666498   Infusion Capital Group        40 Wall Street, 28th Fl #2703        New York, NY 10005

8666499   Internal Revenue Service   Insolvency Department   PO Box 7317   Philadelphia, PA 19101
8666500   Leell Garcia   286 South St, Apt 12C   New York, NY 10002
8666502   Macy's/ DSNB   Attn: Bankruptcy   9111 Duke Blvd   Mason, OH 45040–8999
8666501   Macy's/ DSNB   PO Box 6789   Sioux Falls, SD 57117–6789
8666503   Mission Asset Fund   3269 Mission St   San Francisco, CA 94110–5006
8666506   NY Legal Assistance Group   100 Pearl St   19th Fl   New York, NY 10004
8666507   NYS Department of Taxation and Finance   ATTN: Office of Counsel   Building 9 W A Harriman
Campus   Albany, NY 12227
8666508   NYS Workers Compensation Board   PO Box 5205   Binghamton, NY 13902–5205
8666504   Nelnet   2401 International Ln   Madison, WI 53704–3121
8666505   Nelnet   Attn: Bankruptcy Department   PO Box 82505   Lincoln, NE 68501–2505
8666509   Orange Advance LLC   28 Liberty St   New York, NY 10005
8666513   Syncb/Old Navy   Attn: Bankruptcy   PO Box 96506   Orlando, FL 32896–5065
8666512   Syncb/Old Navy   PO Box 8803   Wilmington, DE 19899–8803
8666515   Syncb/Pandora   Attn: Bankruptcy Department   PO Box 965065   Orlando, FL 32896–5065
8666514   Syncb/Pandora   PO Box 71757   Philadelphia, PA 19176
8666511   Syncb/jcrew   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666510   Syncb/jcrew   PO Box 71727   Philadelphia, PA 19176
8666516   Syncb/walm   PO Box 71746   Philadelphia, PA 19176
8666517   Syncb/walm   Synchrony Bank, Attn: Bankruptcy Dept.   PO Box 965065   Orlando, FL
32896–5065
8666519   Synchrony Bank/ Old Navy   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666518   Synchrony Bank/ Old Navy   PO Box 71727   Philadelphia, PA 19176
8666521   Synchrony Bank/Amazon   Attn: Bankruptcy   PO Box 965060   Orlando, FL 32896–5060
8666520   Synchrony Bank/Amazon   PO Box 71737   Philadelphia, PA 19176
8666523   Synchrony Bank/Care Credit   Attn: Bankruptcy   PO Box 965060   Orlando, FL 32896–5060
8666522   Synchrony Bank/Care Credit   PO Box 71757   Philadelphia, PA 19176
8666525   Synchrony Bank/Gap   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666524   Synchrony Bank/Gap   PO Box 71727   Philadelphia, PA 19176
8666527   Synchrony Bank/Hhgregg   Attn: Bankruptcy   PO Box 965060   Orlando, FL 32896–5060
8666526   Synchrony Bank/Hhgregg   PO Box 71757   Philadelphia, PA 19176
8666529   Synchrony Bank/Qvc   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666528   Synchrony Bank/Qvc   PO Box 71727   Philadelphia, PA 19176
8666532   Synchrony Bank/Tjx   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666531   Synchrony Bank/Tjx   Attn: Bankruptcy Dept   PO Box 965065   Orlando, FL 32896–5065
8666530   Synchrony Bank/Tjx   PO Box 71737   Philadelphia, PA 19176
8666534   Synchrony/HSN   Attn: Bankruptcy   PO Box 965065   Orlando, FL 32896–5065
8666533   Synchrony/HSN   PO Box 71740   Philadelphia, PA 19176
8666536   Target Nb   C/O Financial & Retail Services Mailstop   PO Box 9475   Minneapolis, MN
55440–9475
8666535   Target Nb   PO Box 673   Minneapolis, MN 55440–0673
8666537   United First LLC 393459   2999 NE 191 St, Unit 901   Miami, FL 33180
8666538   Verizon Business   PO Box 489   Newark, NJ 07101–0489

TOTAL: 98