**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Liset Monique Grant                          CASE NO.: 26–10234–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 7
xxx–xx–2137

### DEFICIENCY NOTICE

**PLEASE TAKE NOTICE that, pursuant to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i), if: (1) you are an individual debtor or joint debtors, (2) you filed a voluntary case under chapter 7 or 13, (3) you fail to cure those deficiencies identified by an asterisk [\*] below, and (4) the Court does not grant an extension of time or order otherwise, your case may be dismissed without further notice on or after the forty–sixth (46th) day following the commencement of the case.**

**PLEASE TAKE FURTHER NOTICE that nothing herein modifies the deadline by which any document must be filed under the applicable provisions of the Bankruptcy Code or Federal Rules of Bankruptcy Procedure, or implies that the information contained in any filed document is adequate or sufficient. Additionally, the failure to file any required document by such deadline may be cause for the dismissal or conversion of your case *prior to* the forty–sixth (46th) day following the commencement of the case.**

*The current deficiencies in your case are listed below*. If an asterisk [\*] appears before a document listed below, the document is a section 521(a)(1) requirement that, if not filed, would subject your case to the automatic dismissal provisions (*referred to in the first paragraph above*).

Attorney Disclosure Statement due 02/18/2026
Bankruptcy Petition Preparer's Notice Declaration and Signature (Official Form 119) due at time of filing
Statement of Your Current Monthly Income (Official Form 122A–1) due 02/18/2026
\* Schedule A/B: Property (Official Form 106A/B) due 02/18/2026
Schedule C: The Property You Claim as Exempt (Official Form 106C) due 02/18/2026
\* Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D) due 02/18/2026
\* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) due 02/18/2026

Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) due 02/18/2026
Schedule H: Your Codebtors (Official Form 106H) due 02/18/2026
\* Schedule I: Your Income (Official Form 106I)[1] due 02/18/2026
\* Schedule J: Your Expenses (Official Form 106J)[1] due 02/18/2026
Statement of Intention due 02/18/2026
\* Statement of Financial Affairs due 02/18/2026
Summary of Assets and Liabilities due 02/18/2026

*All required documents must be filed timely.* The document(s) appearing above must be filed with the Court by the applicable deadline.

[1] **NOTE:** A debtor who has not filed Schedules **I** and/or **J** has also failed to provide the Court with the two statements required by section 521(a)(1)(B)(v) and (vi): "(v) a statement of the amount of monthly net income, itemized to show how the amount is calculated; and (vi) a statement disclosing any reasonably anticipated increase in income or expenditures over the 12–month period following the date of the filing of the petition." **The filing of completed Schedules I and J satisfies the requirement of providing these two statements to the Court.**

**NOTE:** *No later than the time of the meeting of creditors conducted by the trustee pursuant to 11 U.S.C. § 341(a), you must provide the trustee with copies of all payment advices or other evidence of payment received from any employer within 60 days prior to the date of filing of the petition.*

Dated: February 4, 2026                          Vito Genna
                                                 Clerk of Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                      Case No. 26-10234-pb

Liset Monique Grant                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                                    User: admin                                    Page 1 of 1

Date Rcvd: Feb 04, 2026                          Form ID: def7or13                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

**Recip ID             Recipient Name and Address**
db              + Liset Monique Grant, 443 St. Anns Ave Apt 7E, Bronx, NY 10455-4270

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryant A. Roman | on behalf of Debtor Liset Monique Grant broman@romanassociates.com  romanbr81202@notify.bestcase.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2