# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: admin | Date Created: 6/3/2026 |
| Case: 26–10234–pb | Form ID: 155new | Total: 191 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | Bryant A. Roman | broman@romanassociates.com |
| aty | Deborah Piazza | dpiazza@tarterkrinsky.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Liset Monique Grant | 443 St. Anns Ave Apt 7E     Bronx, NY 10455 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551     Albany, NY 12201–0551 |
| 8666448 | American Honda Finance | PO Box 168128     Irving, TX 75016–8128 |
| 8669896 | American Honda Finance | PO Box 168128     Irving, TX 75016–8128 |
| 8666450 | Amex | Correspondence/Bankruptcy     PO Box 981535     El Paso, TX 79998–1535 |
| 8669898 | Amex | Correspondence/Bankruptcy     PO Box 981535     El Paso, TX 79998–1535 |
| 8666449 | Amex | PO Box 981537     El Paso, TX 79998–1537 |
| 8669897 | Amex | PO Box 981537     El Paso, TX 79998–1537 |
| 8666451 | Amex/Cbna | PO Box 6789     Sioux Falls, SD 57117–6789 |
| 8669899 | Amex/Cbna | PO Box 6789     Sioux Falls, SD 57117–6789 |
| 8666453 | Barclays | Attn: Bankruptcy     PO Box 8801     Wilmington, DE 19899–8801 |
| 8669901 | Barclays | Attn: Bankruptcy     PO Box 8801     Wilmington, DE 19899–8801 |
| 8666452 | Barclays | PO Box 8803     Wilmington, DE 19899–8803 |
| 8669900 | Barclays | PO Box 8803     Wilmington, DE 19899–8803 |
| 8666455 | Barclays Bank | Attn: Bankruptcy     PO Box 8801     Wilmington, DE 19899–8801 |
| 8669903 | Barclays Bank | Attn: Bankruptcy     PO Box 8801     Wilmington, DE 19899–8801 |
| 8666454 | Barclays Bank | PO Box 8803     Wilmington, DE 19899–8803 |
| 8669902 | Barclays Bank | PO Box 8803     Wilmington, DE 19899–8803 |
| 8666456 | BriteCap | 222 N Pacific Coast Hwy, #11–158     El Segundo, CA 90245 |
| 8669904 | BriteCap | 222 N Pacific Coast Hwy, #11–158     El Segundo, CA 90245 |
| 8666458 | Capital One | AttN: Bankruptcy     PO Box 30285     Salt Lake City, UT 84130–0285 |
| 8669906 | Capital One | AttN: Bankruptcy     PO Box 30285     Salt Lake City, UT 84130–0285 |
| 8666457 | Capital One | PO Box 31293     Salt Lake City, UT 84131–0293 |
| 8669905 | Capital One | PO Box 31293     Salt Lake City, UT 84131–0293 |
| 8666459 | Capital One | PO Box 71746     Philadelphia, PA 19176 |
| 8669907 | Capital One | PO Box 71746     Philadelphia, PA 19176 |
| 8666461 | Chase Card Services | Attn: Bankruptcy     PO Box 15299     Wilmington, DE 19850–5299 |
| 8669909 | Chase Card Services | Attn: Bankruptcy     PO Box 15299     Wilmington, DE 19850–5299 |
| 8666460 | Chase Card Services | PO Box 15369     Wilmington, DE 19850–5369 |
| 8669908 | Chase Card Services | PO Box 15369     Wilmington, DE 19850–5369 |
| 8666463 | Citi Card/Best Buy | Attn: Citicorp Cr Srvs Centralized Bankr     PO Box 790040     Saint Louis, MO 63179–0040 |
| 8669911 | Citi Card/Best Buy | Attn: Citicorp Cr Srvs Centralized Bankr     PO Box 790040     Saint Louis, MO 63179–0040 |
| 8666462 | Citi Card/Best Buy | PO Box 6497     Sioux Falls, SD 57117–6497 |
| 8669910 | Citi Card/Best Buy | PO Box 6497     Sioux Falls, SD 57117–6497 |
| 8666465 | Comenity Bank/Ashley Stewart | Attn: Bankruptcy Department     PO Box 182125     Columbus, OH 43218–2125 |
| 8669913 | Comenity Bank/Ashley Stewart | Attn: Bankruptcy Department     PO Box 182125     Columbus, OH 43218–2125 |
| 8666464 | Comenity Bank/Ashley Stewart | PO Box 182789     Columbus, OH 43218–2789 |
| 8669912 | Comenity Bank/Ashley Stewart | PO Box 182789     Columbus, OH 43218–2789 |
| 8666467 | Comenity Bank/Avenue | Attn: Bankruptcy     PO Box 182273     Columbus, OH 43218–2273 |
| 8669915 | Comenity Bank/Avenue | Attn: Bankruptcy     PO Box 182273     Columbus, OH 43218–2273 |
| 8666466 | Comenity Bank/Avenue | PO Box 182789     Columbus, OH 43218–2789 |
| 8669914 | Comenity Bank/Avenue | PO Box 182789     Columbus, OH 43218–2789 |
| 8666469 | Comenity Bank/Buckle | Attn: Bankruptcy     PO Box 182273     Columbus, OH 43218–2273 |
| 8669917 | Comenity Bank/Buckle | Attn: Bankruptcy     PO Box 182273     Columbus, OH 43218–2273 |
| 8666468 | Comenity Bank/Buckle | PO Box 182789     Columbus, OH 43218–2789 |
| 8669916 | Comenity Bank/Buckle | PO Box 182789     Columbus, OH 43218–2789 |
| 8666471 | Comenity Bank/Lane Bryant Cc | Comenity Bank, Bankruptcy Department     PO Box 182125     Columbus, OH 43218–2125 |
| 8669919 | Comenity Bank/Lane Bryant Cc | Comenity Bank, Bankruptcy Department     PO Box 182125     Columbus, OH 43218–2125 |
| 8666470 | Comenity Bank/Lane Bryant Cc | PO Box 182789     Columbus, OH 43218–2789 |
| 8669918 | Comenity Bank/Lane Bryant Cc | PO Box 182789     Columbus, OH 43218–2789 |

8666473   Comenity Capital Bank/FFE21 Cc   Comenity Capital Bank, Bankruptcy Depart   PO Box 182125   Columbus, OH 43218–2125
8669921   Comenity Capital Bank/FFE21 Cc   Comenity Capital Bank, Bankruptcy Depart   PO Box 182125   Columbus, OH 43218–2125
8666472   Comenity Capital Bank/FFE21 Cc   PO Box 182120   Columbus, OH 43218–2120
8669920   Comenity Capital Bank/FFE21 Cc   PO Box 182120   Columbus, OH 43218–2120
8666475   Comenity Capital/Dell   Attn: Bankruptcy   PO Box 182273   Columbus, OH 43218–2273
8669923   Comenity Capital/Dell   Attn: Bankruptcy   PO Box 182273   Columbus, OH 43218–2273
8666474   Comenity Capital/Dell   PO Box 182120   Columbus, OH 43218–2120
8669922   Comenity Capital/Dell   PO Box 182120   Columbus, OH 43218–2120
8666477   Comenity/Burlington CC   Comenity Bank, Bankruptcy Department   PO Box 182125   Columbus, OH 43218–2125
8669925   Comenity/Burlington CC   Comenity Bank, Bankruptcy Department   PO Box 182125   Columbus, OH 43218–2125
8666476   Comenity/Burlington CC   PO Box 182120   Columbus, OH 43218–2120
8669924   Comenity/Burlington CC   PO Box 182120   Columbus, OH 43218–2120
8666479   Comenity/Century 21   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8669927   Comenity/Century 21   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8666478   Comenity/Century 21   PO Box 182120   Columbus, OH 43218–2120
8669926   Comenity/Century 21   PO Box 182120   Columbus, OH 43218–2120
8666481   Comenity/Ikea   Attn: Bankruptcy   PO Box 182273   Columbus, OH 43218–2273
8669929   Comenity/Ikea   Attn: Bankruptcy   PO Box 182273   Columbus, OH 43218–2273
8666480   Comenity/Ikea   PO Box 182120   Columbus, OH 43218–2120
8669928   Comenity/Ikea   PO Box 182120   Columbus, OH 43218–2120
8666483   Comenity/MPRC   Attn: Bankrutpcy   PO Box 182125   Columbus, OH 43218–2125
8669931   Comenity/MPRC   Attn: Bankrutpcy   PO Box 182125   Columbus, OH 43218–2125
8666482   Comenity/MPRC   PO Box 182120   Columbus, OH 43218–2120
8669930   Comenity/MPRC   PO Box 182120   Columbus, OH 43218–2120
8666487   ComenityCapital/Modell   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8669935   ComenityCapital/Modell   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8666486   ComenityCapital/Modell   PO Box 182120   Columbus, OH 43218–2120
8669934   ComenityCapital/Modell   PO Box 182120   Columbus, OH 43218–2120
8666485   Comenitybank/New York   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8669933   Comenitybank/New York   Attn: Bankruptcy   PO Box 182125   Columbus, OH 43218–2125
8666484   Comenitybank/New York   PO Box 182789   Columbus, OH 43218–2789
8669932   Comenitybank/New York   PO Box 182789   Columbus, OH 43218–2789
8666489   Concora Credit   Genesis FS Card Services   PO Box 4477   Beaverton, OR 97076–4401
8669937   Concora Credit   Genesis FS Card Services   PO Box 4477   Beaverton, OR 97076–4401
8666488   Concora Credit   PO Box 4499   Beaverton, OR 97076–4499
8669936   Concora Credit   PO Box 4499   Beaverton, OR 97076–4499
8666490   Corporate Client Services LLC   7800 Congress Ave, Suite 202   Boca Raton, FL 33487
8669938   Corporate Client Services LLC   7800 Congress Ave, Suite 202   Boca Raton, FL 33487
8666491   Dept of Education/Neln   PO Box 82561   Lincoln, NE 68501–2561
8669939   Dept of Education/Neln   PO Box 82561   Lincoln, NE 68501–2561
8666492   Ershowsky Verstandig PLLC   Joseph S Jacobs Esq   290 Central Ave, Suite 109   Lawrence, NY 11559
8669940   Ershowsky Verstandig PLLC   Joseph S. Jacobs, Esq.   290 Central Ave, Suite 109   Lawrence, NY 11559
8666494   Fnb Omaha   Attn: Bankruptcy   PO Box 3128   Omaha, NE 68103–0128
8669942   Fnb Omaha   Attn: Bankruptcy   PO Box 3128   Omaha, NE 68103–0128
8666493   Fnb Omaha   PO Box 3412   Omaha, NE 68103–0412
8669941   Fnb Omaha   PO Box 3412   Omaha, NE 68103–0412
8666495   Forward Financing LLC   53 State St, Fl 20   Boston, MA 02109
8669943   Forward Financing LLC   53 State St, Fl 20   Boston, MA 02109
8666497   Goldman Sachs Bank USA   Attn: Bankruptcy   PO Box 70379   Philadelphia, PA 19176–0379
8669945   Goldman Sachs Bank USA   Attn: Bankruptcy   PO Box 70379   Philadelphia, PA 19176–0379
8666496   Goldman Sachs Bank USA   PO Box 6112   Philadelphia, PA 19115–6112
8669944   Goldman Sachs Bank USA   PO Box 6112   Philadelphia, PA 19115–6112
8666498   Infusion Capital Group   40 Wall Street, 28th Fl #2703   New York, NY 10005
8669946   Infusion Capital Group   40 Wall Street, 28th Fl #2703   New York, NY 10005
8666499   Internal Revenue Service   Insolvency Department   PO Box 7317   Philadelphia, PA 19101
8669947   Internal Revenue Service   Insolvency Department   PO Box 7317   Philadelphia, PA 19101
8666500   Leell Garcia   286 South St, Apt 12C   New York, NY 10002
8669948   Leell Garcia   286 South St, Apt 12C   New York, NY 10002
8666502   Macy's/ DSNB   Attn: Bankruptcy   9111 Duke Blvd   Mason, OH 45040–8999
8669950   Macy's/ DSNB   Attn: Bankruptcy   9111 Duke Blvd   Mason, OH 45040–8999
8666501   Macy's/ DSNB   PO Box 6789   Sioux Falls, SD 57117–6789
8669949   Macy's/ DSNB   PO Box 6789   Sioux Falls, SD 57117–6789
8666503   Mission Asset Fund   3269 Mission St   San Francisco, CA 94110–5006
8669951   Mission Asset Fund   3269 Mission St   San Francisco, CA 94110–5006
8666506   NY Legal Assistance Group   100 Pearl St   19th Fl   New York, NY 10004
8669954   NY Legal Assistance Group   100 Pearl St   19th Fl   New York, NY 10004
8666507   NYS Department of Taxation and Finance   ATTN: Office of Counsel   Building 9 W A Harriman Campus   Albany, NY 12227
8669955   NYS Department of Taxation and Finance   ATTN: Office of Counsel   Building 9 W A Harriman Campus   Albany, NY 12227
8666508   NYS Workers Compensation Board   PO Box 5205   Binghamton, NY 13902–5205
8669956   NYS Workers Compensation Board   PO Box 5205   Binghamton, NY 13902–5205

| | | | | |
|---|---|---|---|---|
| 8666504 | Nelnet | 2401 International Ln | Madison, WI 53704–3121 | |
| 8669952 | Nelnet | 2401 International Ln | Madison, WI 53704–3121 | |
| 8666505 | Nelnet | Attn: Bankruptcy Department | PO Box 82505 | Lincoln, NE 68501–2505 |
| 8669953 | Nelnet | Attn: Bankruptcy Department | PO Box 82505 | Lincoln, NE 68501–2505 |
| 8666509 | Orange Advance LLC | 28 Liberty St | New York, NY 10005 | |
| 8669957 | Orange Advance LLC | 28 Liberty Street | New York, NY 10005 | |
| 8669958 | Shanna M Kaminski | 27–01 Queens Plaza N, Suite 802 | Long Island City, NY 11101 | |
| 8666513 | Syncb/Old Navy | Attn: Bankruptcy | PO Box 96506 | Orlando, FL 32896–5065 |
| 8669962 | Syncb/Old Navy | Attn: Bankruptcy | PO Box 96506 | Orlando, FL 32896–5065 |
| 8666512 | Syncb/Old Navy | PO Box 8803 | Wilmington, DE 19899–8803 | |
| 8669961 | Syncb/Old Navy | PO Box 8803 | Wilmington, DE 19899–8803 | |
| 8666515 | Syncb/Pandora | Attn: Bankruptcy Department | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669964 | Syncb/Pandora | Attn: Bankruptcy Department | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666514 | Syncb/Pandora | PO Box 71757 | Philadelphia, PA 19176 | |
| 8669963 | Syncb/Pandora | PO Box 71757 | Philadelphia, PA 19176 | |
| 8666511 | Syncb/jcrew | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669960 | Syncb/jcrew | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666510 | Syncb/jcrew | PO Box 71727 | Philadelphia, PA 19176 | |
| 8669959 | Syncb/jcrew | PO Box 71727 | Philadelphia, PA 19176 | |
| 8666516 | Syncb/walm | PO Box 71746 | Philadelphia, PA 19176 | |
| 8669965 | Syncb/walm | PO Box 71746 | Philadelphia, PA 19176 | |
| 8666517 | Syncb/walm | Synchrony Bank, Attn: Bankruptcy Dept. | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669966 | Syncb/walm | Synchrony Bank, Attn: Bankruptcy Dept. | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666519 | Synchrony Bank/ Old Navy | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669968 | Synchrony Bank/ Old Navy | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666518 | Synchrony Bank/ Old Navy | PO Box 71727 | Philadelphia, PA 19176 | |
| 8669967 | Synchrony Bank/ Old Navy | PO Box 71727 | Philadelphia, PA 19176 | |
| 8666521 | Synchrony Bank/Amazon | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8669970 | Synchrony Bank/Amazon | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8666520 | Synchrony Bank/Amazon | PO Box 71737 | Philadelphia, PA 19176 | |
| 8669969 | Synchrony Bank/Amazon | PO Box 71737 | Philadelphia, PA 19176 | |
| 8666523 | Synchrony Bank/Care Credit | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8669972 | Synchrony Bank/Care Credit | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8666522 | Synchrony Bank/Care Credit | PO Box 71757 | Philadelphia, PA 19176 | |
| 8669971 | Synchrony Bank/Care Credit | PO Box 71757 | Philadelphia, PA 19176 | |
| 8666525 | Synchrony Bank/Gap | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669974 | Synchrony Bank/Gap | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666524 | Synchrony Bank/Gap | PO Box 71727 | Philadelphia, PA 19176 | |
| 8669973 | Synchrony Bank/Gap | PO Box 71727 | Philadelphia, PA 19176 | |
| 8666527 | Synchrony Bank/Hhgregg | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8669976 | Synchrony Bank/Hhgregg | Attn: Bankruptcy | PO Box 965060 | Orlando, FL 32896–5060 |
| 8666526 | Synchrony Bank/Hhgregg | PO Box 71757 | Philadelphia, PA 19176 | |
| 8669975 | Synchrony Bank/Hhgregg | PO Box 71757 | Philadelphia, PA 19176 | |
| 8666529 | Synchrony Bank/Qvc | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669978 | Synchrony Bank/Qvc | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666528 | Synchrony Bank/Qvc | PO Box 71727 | Philadelphia, PA 19176 | |
| 8669977 | Synchrony Bank/Qvc | PO Box 71727 | Philadelphia, PA 19176 | |
| 8666532 | Synchrony Bank/Tjx | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669981 | Synchrony Bank/Tjx | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666531 | Synchrony Bank/Tjx | Attn: Bankruptcy Dept | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669980 | Synchrony Bank/Tjx | Attn: Bankruptcy Dept | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666530 | Synchrony Bank/Tjx | PO Box 71737 | Philadelphia, PA 19176 | |
| 8669979 | Synchrony Bank/Tjx | PO Box 71737 | Philadelphia, PA 19176 | |
| 8666534 | Synchrony/HSN | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8669983 | Synchrony/HSN | Attn: Bankruptcy | PO Box 965065 | Orlando, FL 32896–5065 |
| 8666533 | Synchrony/HSN | PO Box 71740 | Philadelphia, PA 19176 | |
| 8669982 | Synchrony/HSN | PO Box 71740 | Philadelphia, PA 19176 | |
| 8666536 | Target Nb | C/O Financial & Retail Services Mailstop | PO Box 9475 | Minneapolis, MN 55440–9475 |
| 8669985 | Target Nb | C/O Financial & Retail Services Mailstop | PO Box 9475 | Minneapolis, MN 55440–9475 |
| 8666535 | Target Nb | PO Box 673 | Minneapolis, MN 55440–0673 | |
| 8669984 | Target Nb | PO Box 673 | Minneapolis, MN 55440–0673 | |
| 8669986 | United Capital Experts LLC | as assignee of United First LLC 393459 | 2999 NE 191 St, Unit 901 | Miami, FL 33180 |
| 8666537 | United First LLC 393459 | 2999 NE 191 St, Unit 901 | Miami, FL 33180 | |
| 8666538 | Verizon Business | PO Box 489 | Newark, NJ 07101–0489 | |
| 8669987 | Verizon Business | PO Box 489 | Newark, NJ 07101–0489 | |

TOTAL: 187