**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Liset Monique Grant | Social Security number or ITIN | xxx–xx–2137 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Southern District of New York | | |
| Case number: | 26–10234–pb | | |

## Discharge of Debtor(s) and Order of Final Decree

**12/15**

A petition under title 11, United States Code was filed by or against the Debtor(s) on 2/4/26; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Deborah Piazza is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

<u>6/3/26</u>

**By the court:** <u>Philip Bentley</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Discharge of Debtor(s) and Order of Final Decree**          page 2

United States Bankruptcy Court

Southern District of New York

In re:

Liset Monique Grant

    Debtor

Case No. 26-10234-pb

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: 155new | Total Noticed: 97 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Liset Monique Grant, 443 St. Anns Ave Apt 7E, Bronx, NY 10455-4270 |
| 8666456 | + | BriteCap, 222 N Pacific Coast Hwy, #11-158, El Segundo, CA 90245-5648 |
| 8666490 | + | Corporate Client Services LLC, 7800 Congress Ave, Suite 202, Boca Raton, FL 33487-1350 |
| 8666492 | + | Ershowsky Verstandig PLLC, Joseph S Jacobs Esq, 290 Central Ave, Suite 109, Lawrence, NY 11559-8507 |
| 8666498 | + | Infusion Capital Group, 40 Wall Street, 28th Fl #2703, New York, NY 10005-1304 |
| 8666500 | + | Leell Garcia, 286 South St, Apt 12C, New York, NY 10002-8054 |
| 8666506 | + | NY Legal Assistance Group, 100 Pearl St, 19th Fl, New York, NY 10004-6006 |
| 8666508 | | NYS Workers Compensation Board, PO Box 5205, Binghamton, NY 13902-5205 |
| 8666509 | + | Orange Advance LLC, 28 Liberty St, New York, NY 10005-1400 |
| 8669958 | + | Shanna M Kaminski, 27-01 Queens Plaza N, Suite 802, Long Island City, NY 11101-4023 |
| 8669986 | + | United Capital Experts LLC, as assignee of United First LLC 393459, 2999 NE 191 St, Unit 901, Miami, FL 33180-4926 |
| 8666537 | + | United First LLC 393459, 2999 NE 191 St, Unit 901, Miami, FL 33180-4926 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jun 03 2026 19:06:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 03 2026 19:06:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 03 2026 19:06:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8666448 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 03 2026 19:06:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 8666450 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2026 19:10:20 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 8666449 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2026 19:10:19 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 8666451 | | EDI: CITICORP | Jun 03 2026 23:08:00 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 8666453 | | EDI: TSYS2 | Jun 03 2026 23:08:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 8666452 | | EDI: TSYS2 | Jun 03 2026 23:08:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 8666455 | | EDI: TSYS2 | Jun 03 2026 23:08:00 | Barclays Bank, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |

| | | | |
|---|---|---|---|
| 8666454 | EDI: TSYS2 | | |
| | | Jun 03 2026 23:08:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 8666458 | EDI: CAPITALONE.COM | | |
| | | Jun 03 2026 23:08:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 8666457 | EDI: CAPITALONE.COM | | |
| | | Jun 03 2026 23:08:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 8666459 | ^ MEBN | | |
| | | Jun 03 2026 19:03:31 | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 8666460 | EDI: JPMORGANCHASE | | |
| | | Jun 03 2026 23:08:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 8666461 | EDI: JPMORGANCHASE | | |
| | | Jun 03 2026 23:08:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 8666462 | EDI: CITICORP | | |
| | | Jun 03 2026 23:08:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 8666463 | EDI: CITICORP | | |
| | | Jun 03 2026 23:08:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 8666464 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |
| 8666465 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8666467 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8666466 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 8666469 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Buckle, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8666468 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 8666471 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Lane Bryant Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8666470 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Bank/Lane Bryant Cc, PO Box 182789, Columbus, OH 43218-2789 |
| 8666473 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Capital Bank/FFE21 Cc, Comenity Capital Bank, Bankruptcy Depart, PO Box 182125, Columbus, OH 43218-2125 |
| 8666472 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Capital Bank/FFE21 Cc, PO Box 182120, Columbus, OH 43218-2120 |
| 8666475 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8666474 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity Capital/Dell, PO Box 182120, Columbus, OH 43218-2120 |
| 8666477 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8666476 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Burlington CC, PO Box 182120, Columbus, OH 43218-2120 |
| 8666478 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Century 21, PO Box 182120, Columbus, OH 43218-2120 |
| 8666479 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Century 21, Attn: Bankruptcy, PO Box |

| ID | Method | Date | Address |
|---|---|---|---|
| | | | 182125, Columbus, OH 43218-2125 |
| 8666481 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Ikea, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8666480 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/Ikea, PO Box 182120, Columbus, OH 43218-2120 |
| 8666483 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8666482 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 8666487 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8666486 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 8666485 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8666484 | EDI: WFNNB.COM | | |
| | | Jun 03 2026 23:08:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 8666488 | EDI: PHINGENESIS | | |
| | | Jun 03 2026 23:08:00 | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 8666489 | EDI: PHINGENESIS | | |
| | | Jun 03 2026 23:08:00 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 8666502 | EDI: CITICORP | | |
| | | Jun 03 2026 23:08:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 8666491 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 03 2026 19:06:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 8666494 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jun 03 2026 19:06:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 8666493 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jun 03 2026 19:06:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 8666495 + | Email/Text: bankruptcyalerts@forwardfinancing.com | | |
| | | Jun 03 2026 19:06:00 | Forward Financing LLC, 53 State St, Fl 20, Boston, MA 02109-2820 |
| 8666497 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jun 03 2026 19:06:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 8666496 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jun 03 2026 19:06:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 8666499 + | EDI: IRS.COM | | |
| | | Jun 03 2026 23:08:00 | Internal Revenue Service, Insolvency Department, PO Box 7317, Philadelphia, PA 19101-7317 |
| 8666503 | Email/Text: credit@missionassetfund.org | | |
| | | Jun 03 2026 19:06:00 | Mission Asset Fund, 3269 Mission St, San Francisco, CA 94110-5006 |
| 8666501 | EDI: CITICORP | | |
| | | Jun 03 2026 23:08:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 8666507 + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | Jun 03 2026 19:06:00 | NYS Department of Taxation and Finance, ATTN: Office of Counsel, Building 9 W A Harriman Campus, Albany, NY 12227-0001 |
| 8666504 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 03 2026 19:06:00 | Nelnet, 2401 International Ln, Madison, WI 53704-3121 |
| 8666505 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 03 2026 19:06:00 | Nelnet, Attn: Bankruptcy Department, PO Box 82505, Lincoln, NE 68501-2505 |
| 8666512 ^ | MEBN | | |
| | | Jun 03 2026 19:03:25 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 8666513 | EDI: SYNC | | |

| | | | |
|---|---|---|---|
| | | Jun 03 2026 23:08:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 8666515 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/Pandora, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 8666514 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/Pandora, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8666510 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/jcrew, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8666511 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/jcrew, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666516 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/walm, PO Box 71746, Philadelphia, PA 19176-1746 |
| 8666517 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 8666519 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666518 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/ Old Navy, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8666521 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8666520 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 8666523 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8666522 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8666525 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666524 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8666527 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8666526 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Hhgregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8666529 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666528 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Qvc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8666532 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666530 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Tjx, PO Box 71737, Philadelphia, PA 19176-1737 |
| 8666531 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 8666533 | + EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony/HSN, PO Box 71740, Philadelphia, PA 19176-1740 |
| 8666534 | EDI: SYNC | | |
| | | Jun 03 2026 23:08:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8666535 | EDI: WTRRNBANK.COM | | |
| | | Jun 03 2026 23:08:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 8666536 | EDI: WTRRNBANK.COM | | |

|  |  |  |
|---|---|---|
|  | Jun 03 2026 23:08:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 8666538    EDI: VERIZONCOMB.COM |  |  |
|  | Jun 03 2026 23:08:00 | Verizon Business, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 85

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8669896 | * | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 8669898 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 8669897 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 8669899 | * | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 8669901 | * | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 8669900 | * | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 8669903 | * | Barclays Bank, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 8669902 | * | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 8669904 | *+ | BriteCap, 222 N Pacific Coast Hwy, #11-158, El Segundo, CA 90245-5648 |
| 8669906 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 8669905 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 8669907 | *+ | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 8669908 | * | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 8669909 | * | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 8669910 | * | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 8669911 | * | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 8669912 | * | Comenity Bank/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |
| 8669913 | * | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8669915 | * | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8669914 | * | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 8669917 | * | Comenity Bank/Buckle, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8669916 | * | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 8669919 | * | Comenity Bank/Lane Bryant Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8669918 | * | Comenity Bank/Lane Bryant Cc, PO Box 182789, Columbus, OH 43218-2789 |
| 8669921 | * | Comenity Capital Bank/FFE21 Cc, Comenity Capital Bank, Bankruptcy Depart, PO Box 182125, Columbus, OH 43218-2125 |
| 8669920 | * | Comenity Capital Bank/FFE21 Cc, PO Box 182120, Columbus, OH 43218-2120 |
| 8669923 | * | Comenity Capital/Dell, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8669922 | * | Comenity Capital/Dell, PO Box 182120, Columbus, OH 43218-2120 |
| 8669925 | * | Comenity/Burlington CC, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 8669924 | * | Comenity/Burlington CC, PO Box 182120, Columbus, OH 43218-2120 |
| 8669926 | * | Comenity/Century 21, PO Box 182120, Columbus, OH 43218-2120 |
| 8669927 | * | Comenity/Century 21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8669929 | * | Comenity/Ikea, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 8669928 | * | Comenity/Ikea, PO Box 182120, Columbus, OH 43218-2120 |
| 8669931 | * | Comenity/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8669930 | * | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 8669935 | * | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8669934 | * | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 8669933 | * | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8669932 | * | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 8669936 | * | Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 8669937 | * | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 8669938 | *+ | Corporate Client Services LLC, 7800 Congress Ave, Suite 202, Boca Raton, FL 33487-1350 |
| 8669950 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 8669939 | * | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 8669940 | *+ | Ershowsky Verstandig PLLC, Joseph S. Jacobs, Esq., 290 Central Ave, Suite 109, Lawrence, NY 11559-8507 |
| 8669942 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1637, address filed with court:, Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 8669941 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1637, address filed with court:, Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |

| 8669943 | *+ | Forward Financing LLC, 53 State St, Fl 20, Boston, MA 02109-2820 |
| 8669945 | * | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 8669944 | * | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 8669946 | *+ | Infusion Capital Group, 40 Wall Street, 28th Fl #2703, New York, NY 10005-1304 |
| 8669947 | *+ | Internal Revenue Service, Insolvency Department, PO Box 7317, Philadelphia, PA 19101-7317 |
| 8669948 | *+ | Leell Garcia, 286 South St, Apt 12C, New York, NY 10002-8054 |
| 8669951 | *P++ | MISSION ASSET FUND, 3269 MISSION STREET, SAN FRANCISCO CA 94110-5006, address filed with court:, Mission Asset Fund, 3269 Mission St, San Francisco, CA 94110-5006 |
| 8669949 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 8669954 | *+ | NY Legal Assistance Group, 100 Pearl St, 19th Fl, New York, NY 10004-6006 |
| 8669955 | *+ | NYS Department of Taxation and Finance, ATTN: Office of Counsel, Building 9 W A Harriman Campus, Albany, NY 12227-0001 |
| 8669956 | * | NYS Workers Compensation Board, PO Box 5205, Binghamton, NY 13902-5205 |
| 8669952 | * | Nelnet, 2401 International Ln, Madison, WI 53704-3121 |
| 8669953 | * | Nelnet, Attn: Bankruptcy Department, PO Box 82505, Lincoln, NE 68501-2505 |
| 8669957 | *+ | Orange Advance LLC, 28 Liberty Street, New York, NY 10005-1400 |
| 8669961 | * | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 8669962 | * | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 8669964 | * | Syncb/Pandora, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 8669963 | *+ | Syncb/Pandora, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8669959 | *+ | Syncb/jcrew, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8669960 | * | Syncb/jcrew, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669965 | *+ | Syncb/walm, PO Box 71746, Philadelphia, PA 19176-1746 |
| 8669966 | * | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 8669968 | * | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669967 | *+ | Synchrony Bank/ Old Navy, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8669970 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8669969 | *+ | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 8669972 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8669971 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8669974 | * | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669973 | *+ | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8669976 | * | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 8669975 | *+ | Synchrony Bank/Hhgregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 8669978 | * | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669977 | *+ | Synchrony Bank/Qvc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 8669981 | * | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669979 | *+ | Synchrony Bank/Tjx, PO Box 71737, Philadelphia, PA 19176-1737 |
| 8669980 | * | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 8669982 | *+ | Synchrony/HSN, PO Box 71740, Philadelphia, PA 19176-1740 |
| 8669983 | * | Synchrony/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 8669984 | * | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 8669985 | * | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 8669987 | * | Verizon Business, PO Box 489, Newark, NJ 07101-0489 |

TOTAL: 0 Undeliverable, 90 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                          Signature:        /s/Gustava Winters

District/off: 0208-1                          User: admin                                    Page 7 of 7
Date Rcvd: Jun 03, 2026                   Form ID: 155new                          Total Noticed: 97

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Bryant A. Roman | on behalf of Debtor Liset Monique Grant broman@romanassociates.com  romanbr81202@notify.bestcase.com |
| Deborah Piazza | dpiazza@tarterkrinsky.com<br>sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| Deborah Piazza | on behalf of Trustee Deborah Piazza dpiazza@tarterkrinsky.com<br>sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4